1150

No. 94–1038. FLEMING v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–1040. CITY OF DEARBORN v. LOSCHIAVO ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1042. WRIGHT v. TACKETT ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1043. KAHAN v. SEROR. C. A. 9th Cir. Certiorari denied.

No. 94–1044. BERRY ET AL. v. COUNTY OF SONOMA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1046. EAST v. WEST ONE BANK, IDAHO. Ct. App. Idaho. Certiorari denied.

No. 94–1047. MORGENSTERN v. WILSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1049. HOUDEK ET AL. v. MOBIL OIL CORP. Ct. App. Colo. Certiorari denied.

No. 94–1050. HICKEY v. ATTORNEY GENERAL OF ILLINOIS, AS INTERVENOR ON BEHALF OF THE ILLINOIS DEPARTMENT OF PUBLIC AID. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–1051. PAPETTI'S HYGRADE EGG PRODUCTS, INC. v. MICHAEL FOODS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–1052. GERIJO, INC. v. CITY OF FAIRFIELD. Sup. Ct. Ohio. Certiorari denied.

No. 94–1054. TRANSAERO, INC. v. LA FUERZA AEREA BOLIVIANA. C. A. D. C. Cir. Certiorari denied.

No. 94–1058. CARTER v. BURCH. C. A. 4th Cir. Certiorari denied.

No. 94–1061. JENSEN v. BROKAW, CHIEF FINANCING DIVISION AGENT, SMALL BUSINESS ADMINISTRATION. C. A. 8th Cir. Certiorari denied.